IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02335-MEH

TROY ZWIEFEL, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MDL INNOVATIVE SERVICES, INC.,

    Defendant.

---

## ORDER CLOSING CASE

---

Before the Court is Plaintiff's Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) [filed October 4, 2019; ECF 13].  The Court finds the Notice and dismissal proper.  Thus, this case is voluntarily **DISMISSED WITHOUT PREJUDICE**, with each party to bear his, her, or its own fees and costs.  The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 4th day of October, 2019.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge